UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRELL THOMAS                                                    CIVIL ACTION

VERSUS                                                            NO. 14-661

RIVER BEND DETENTION CENTER                                       SECTION "F"(1)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Darrell Thomas** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this  20th  day of _____June_____, 2014.

_____
UNITED STATES DISTRICT JUDGE